UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

Eastern District of Kentucky
F I L E D
JAN 11 2006
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 05-22-GWU

TOMMY FIELDS,            PLAINTIFF,

VS.            **ORDER**

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,            DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)    the Defendant's motion for summary judgment is GRANTED;

(2)    the Plaintiff's motion for summary judgment is DENIED; and

(3)    the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the ___11___ day of January, 2006.

*[signature]*
G. WIX UNTHANK
SENIOR JUDGE